UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEIDA DANINO, on behalf of herself and others similarly situated,

                   Plaintiff,

-against-

NATIONAL STORES INC.,
CONWAY STORES, INC., and,
SOUTHERN ISLAND STORES LLC,

                   Defendants.

Civil Action No.
1:15-9627(PAE)

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action is dismissed with prejudice and without costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       January 15, 2018

| LEVINE & BLIT, PLLC | ROPERS, MAJESKI, KOHN & BENTLEY PC |
|---|---|
| *(signature)* | *(signature)* |
| Russell S. Moriarty (RM 0224) | Eric C. Weissman |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 350 Fifth Avenue, Suite 4020 | 750 Third Ave., 25th Floor |
| New York, NY 10118 | New York, NY 10017 |
| (212) 967-3000 | (212) 668-5927 |
| RMoriarty@LevineBlit.com | eric.weissman@rmkb.com |