```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BEIDA DANINO, on behalf of herself and others similarly situated,

                Plaintiff,

-against-

NATIONAL STORES INC.,
CONWAY STORES, INC., and,
SOUTHERN ISLAND STORES LLC,

                Defendants.

Civil Action No.
1:15-9627(PAE)

**STIPULATION OF DISMISSAL**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that the above-captioned action is dismissed with prejudice and without costs pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
January 15, 2018

LEVINE & BLIT, PLLC

*[signature]*

---

Russell S. Moriarty (RM 0224)
*Attorneys for Plaintiff*
350 Fifth Avenue, Suite 4020
New York, NY 10118
(212) 967-3000
RMoriarty@LevineBlit.com

ROPERS, MAJESKI, KOHN & BENTLEY PC

*[signature]*

Eric C. Weissman
*Attorneys for Defendants*
750 Third Ave., 25th Floor
New York, NY 10017
(212)668-5927
eric.weissman@rmkb.com

SO ORDERED.

*Paul A. Engelmayer  1/22/18*

PAUL A. ENGELMAYER
United States District Judge